# United States District Court
## Eastern District of Wisconsin (Milwaukee)
### CIVIL DOCKET FOR CASE #: 2:20−cv−00593−LA

| | |
|---|---|
| Gens v. Zoom Video Communications Inc | Date Filed: 04/12/2020 |
| Assigned to: Judge Lynn Adelman | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity−Other Contract | Jurisdiction: Diversity |

**Plaintiff**

**Timothy Gens**	represented by	**Timothy H Gens**
		The Technology Law Group
		774 Mays Blvd − Ste10−506
		Incline Village, NV 89451
		650−380−2060
		Email: thg@tlawgroup.com
		*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zoom Video Communications Inc**	represented by	**Beth J Kushner**
		von Briesen & Roper SC
		411 E Wisconsin Ave − Ste 1000
		Milwaukee, WI 53202
		414−287−1373
		Fax: 414−276−1122
		Email: bkushner@vonbriesen.com
		*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2020 | 1 | COMPLAINT with Jury Demand; against Timothy Gens by Timothy Gens. ( Filing Fee PAID $400 receipt number AWIEDC−3419988)(Gens, Timothy) (Additional attachment(s) added on 4/13/2020: # 1 Civil Cover Sheet) (ds). |
| 04/13/2020 | 2 | REQUEST for Issuance of Summons by Timothy Gens (Gens, Timothy) |
| 04/13/2020 |  | NOTICE Regarding assignment of this matter to Judge Lynn Adelman ;Consent/refusal forms for Magistrate Judge Duffin to be filed within 21 days;the consent/refusal form is available on our website ;pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (ds) |
| 04/13/2020 |  | Case Opening Modification(s); The following modification(s) have been made to your case entry: One or more party names have been modified (Do Not Add Addresses)− please remember to follow the Party Name Guidelines found on our website. ; Please refer to the attorney case opening instructions, the summons instructions and the party name guidelines found in the user manual for further guidance (bx) |

| | | |
|---|---|---|
| 04/13/2020 | 1 | Summons Issued as to Zoom Video Communications Inc. (bx) |
| 04/13/2020 | 3 | WAIVER OF SERVICE Returned Executed by All Defendants. (Gens, Timothy) |
| 04/15/2020 | 4 | Magistrate Judge Jurisdiction Form filed by Timothy Gens. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Gens, Timothy) |
| 04/29/2020 | 5 | NOTICE of Appearance by Beth J Kushner on behalf of Zoom Video Communications Inc. Attorney(s) appearing: Beth J. Kushner (Kushner, Beth) |
| 04/29/2020 | 6 | DISCLOSURE Statement by Zoom Video Communications Inc. (Kushner, Beth) |
| 04/29/2020 | 7 | STIPULATION *for Transfer of Venue* by Zoom Video Communications Inc. (Attachments: # 1 Text of Proposed Order)(Kushner, Beth) |
| 05/01/2020 | 8 | Order for Transfer of Venue to US District Court for the Northern District of California, San Jose Division signed by Judge Lynn Adelman on 5/1/20. (cc: all counsel)(jad) |